UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'RON CHEEVES,<br>Plaintiff,<br>v.<br>SAN MATEO COUNTY SHERIFF'S OFFICE, et al.,<br>Defendants. | Case No. 26-cv-06911-VC<br><br>**ORDER OF DISMISSAL** |

De'ron Cheeves filed a civil rights complaint. The same day, the Clerk sent Cheeves a notice his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. The notice included a blank copy of the required form and warned Cheeves if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Cheeves has not filed the documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 27, 2026

VINCE CHHABRIA
United States District Judge